AO 450 (SCD 04/2010)  Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Walberto Sanchez Porto Carrero, ) | |
| *Petitioner* ) | |
| v. ) | Civil Action No.  1:24-cv-00750-JD |
| ) | |
| Office of Immigration and ) | |
| Customs Enforcement, ) | |
| *Respondent* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ the petitioner, Walberto Sanchez Porto Carrero, take nothing of the respondent, Office of Immigration and Customs Enforcement, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Joseph Dawson, III., US District Judge, presiding. The Court having adopted the Report and Recommendation of US Magistrate Judge Shiva V. Hodges, which recommended dismissal.

Date:  August 12, 2024

*ROBIN L. BLUME, CLERK OF COURT*

s/A. Snipes

*Signature of Clerk or Deputy Clerk*